# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  MONTANA

In re: §
§
THE CIMARRON GROUP INC., §    Case No. 15-60468
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROSS RICHARDSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 536,059.99          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,072,636.77     Claims Discharged
Without Payment:  3,353,869.42

Total Expenses of Administration:  140,363.23

3) Total gross receipts of $ 1,213,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,213,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 813,789.80 | $ 1,822,555.43 | $ 1,822,555.43 | $ 949,816.01 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 140,363.23 | 140,363.23 | 140,363.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 26,826.69 | 29,645.09 | 29,645.09 | 100.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,953,624.16 | 3,306,179.05 | 3,306,179.05 | 122,720.76 |
| **TOTAL DISBURSEMENTS** | $ 2,794,240.65 | $ 5,298,742.80 | $ 5,298,742.80 | $ 1,213,000.00 |

4)  This case was originally filed under chapter 7 on  05/21/2015 .  The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/08/2017                    By:/s/ROSS RICHARDSON
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY LOCATED AT 4655 HARRISON AVENUE, BUT | 1110-000 | 1,203,000.00 |
| ESCROW ACCT RE: ALLEGRA PARTNERSHIP | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,213,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | BUTTE SILVER BOW COUNTY TREASURER | 4110-000 | 59,394.23 | 79,458.48 | 79,458.48 | 0.00 |
| | FIRST CITIZEN'S BANK | 4110-000 | NA | 725,443.92 | 725,443.92 | 725,443.92 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | FIRST CITIZENS BANK OF BUTTE | 4110-000 | 675,000.00 | 715,523.40 | 715,523.40 | 0.00 |
| 000006A | MONTANA DEPT OF REVENUE | 4110-000 | NA | 33,151.98 | 33,151.98 | 0.00 |
| 000007A | MONTANA DEPT OF REVENUE | 4110-000 | NA | 376.07 | 376.07 | 0.00 |
| 000008A | MONTANA DEPT OF REVENUE | 4110-000 | 79,395.57 | 44,229.49 | 44,229.49 | 0.00 |
| | POORE, ROTH & ROBINSON, P.C. | 4110-000 | NA | 18,469.80 | 18,469.80 | 18,469.80 |
| | BUTTE SILVER BOW COUNTY TREASURER | 4700-000 | NA | 94,393.54 | 94,393.54 | 94,393.54 |
| | MT DEPT OF REVENUE | 4800-000 | NA | 111,508.75 | 111,508.75 | 111,508.75 |
| **TOTAL SECURED CLAIMS** | | | $ 813,789.80 | $ 1,822,555.43 | $ 1,822,555.43 | $ 949,816.01 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROSS RICHARDSON | 2100-000 | NA | 59,640.00 | 59,640.00 | 59,640.00 |
| ROSS RICHARDSON | 2200-000 | NA | 200.00 | 200.00 | 200.00 |
| BSB WATER UTILITY | 2420-000 | NA | 99.14 | 99.14 | 99.14 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MONTANA DEPT OF REVENUE | 2420-000 | NA | 850.00 | 850.00 | 850.00 |
| MOTOR VEHICLE DIVISION | 2420-000 | NA | 10.00 | 10.00 | 10.00 |
| STATE OF MT 0024351956 | 2420-002 | NA | -50.00 | -50.00 | -50.00 |
| SUMMIT VALLEY TITLE CO | 2500-000 | NA | 3,156.00 | 3,156.00 | 3,156.00 |
| Associated Bank | 2600-000 | NA | 1,672.54 | 1,672.54 | 1,672.54 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 352.00 | 352.00 | 352.00 |
| BUTTE SILVER BOW TREASURER | 2820-000 | NA | 11,467.55 | 11,467.55 | 11,467.55 |
| U.S. BANKRUPTCY COURT | 2990-000 | NA | 11.00 | 11.00 | 11.00 |
| ROSS RICHARDSON | 3110-000 | NA | 1,275.00 | 1,275.00 | 1,275.00 |
| PATRICK J. BURT | 3410-000 | NA | 1,435.50 | 1,435.50 | 1,435.50 |
| PATRICK J. BURT | 3420-000 | NA | 94.50 | 94.50 | 94.50 |
| MCLEOD REALTORS | 3510-000 | NA | 60,150.00 | 60,150.00 | 60,150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 140,363.23 | $ 140,363.23 | $ 140,363.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 100.00 | 100.00 | 100.00 |
| 000006B | MONTANA DEPT OF REVENUE | 5800-000 | 376.07 | 818.43 | 818.43 | 0.00 |
| 000007B | MONTANA DEPT OF REVENUE | 5800-000 | 0.00 | 589.92 | 589.92 | 0.00 |
| 000008B | MONTANA DEPT OF REVENUE | 5800-000 | 0.00 | 1,091.22 | 1,091.22 | 0.00 |
| 000002A | MT DEPT OF LABOR AND INDUSTRY UI CO | 5800-000 | 26,450.62 | 27,045.52 | 27,045.52 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 26,826.69 | $ 29,645.09 | $ 29,645.09 | $ 100.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLEGIANCE PREMIUM FINANCE P.O. BOX 1750 CEDAR CITY, UT 84721 | | 4,333.01 | NA | NA | 0.00 |
| | AMERICAN HOTEL REGISTER 4836 BRECKSVILL RD RICHFIELD, OH 44286 | | 346.81 | NA | NA | 0.00 |
| | AMERICAN HOTEL REGISTER RMS P.O. BOX 523 RICHFIELD, OH 44286 | | 0.00 | NA | NA | 0.00 |
| | ANACONDA FIRE & SAFETY 1814 OGDEN ST. ANACONDA, MT 59711 | | 320.00 | NA | NA | 0.00 |
| | AWARE INC. 205 E. PARK ANACONDA, MT 59711 | | 24.00 | NA | NA | 0.00 |
| | BERNARD J. BEN EVERETT EVERETT LAW, PLLC P.O. BOX 969 ANACONDA, MT 59711 | | 0.00 | NA | NA | 0.00 |
| | BG'S GREEN CLEAN 3110 MANTLE ST. BUTTE, MT 59701 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BILLIE MATULE 4034 ELIZABETH WARREN BUTTE, MT 59701 | | 2,400.00 | NA | NA | 0.00 |
| | BOOKING.COM 5295 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | 14.85 | NA | NA | 0.00 |
| | BOYD COFFEE COMPANY 7931 NE HALSEY ST. #103 PORTLAND, OR 97213 | | 456.12 | NA | NA | 0.00 |
| | BUSINESS WHITE PAGES INC 6119 GREENVILLE #435 DALLAS, TX 75206 | | 224.50 | NA | NA | 0.00 |
| | BUTTE SILVER BOW WATER UTILITY P.O. BOX 667 BUTTE, MT 59703 | | 5,032.06 | NA | NA | 0.00 |
| | CBI P.O. BOX 7429 MISSOULA, MT 59807 | | 0.00 | NA | NA | 0.00 |
| | CBU COLLECTIONS BOX 7429 MISSOULA, MT 59807 | | 12,282.10 | NA | NA | 0.00 |
| | CHAMBER OF COMMERCE 1000 GEORGE ST. BUTTE, MT 59701 | | 825.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHARTER 4120 INTERNATIONAL PKWY SUITE 1100 CARROLLTON, TX 75007 | | 6,517.30 | NA | NA | 0.00 |
| | CHARTER COMMUNICATIONS 4120 INTERNATIONAL PKWY SUITE 1100 CARROLLTON, TX 75007 | | 125.57 | NA | NA | 0.00 |
| | COMMERCIAL ENERGY DEPT LA 23708 PASADENA, CA 91185-3708 | | 4,016.90 | NA | NA | 0.00 |
| | COMMERCIAL ENERGY DEPT LA 23708 PASADENA, CA 91185-3708 | | 6,906.59 | NA | NA | 0.00 |
| | COMMTRAK 17493 NASSAU COMMONS LEWES, DE 19958 | | 535.56 | NA | NA | 0.00 |
| | COONEY'S LOCKSMITH 1000 S. MAIN BUTTE, MT 59701 | | 225.96 | NA | NA | 0.00 |
| | COPIER DOCTORS 1247 HARRISON BUTTE, MT 59701 | | 188.25 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COPPER MINE FIRE SUPRESSION C/O CBI INC. P.O. BOX 7429 MISSOULA, MT 59807 | | 1,905.75 | NA | NA | 0.00 |
| | COURTESY PRODUCTS LLC P.O. BOX 840020 KANSAS CITY, MO 64184 | | 163.89 | NA | NA | 0.00 |
| | CREDIT PROTECTION ASSOCIATION L.P. 13355 NOEL RD. DALLAS, TX 75240 | | 0.00 | NA | NA | 0.00 |
| | ECOLAB C/O RECEIVABLE CONTROL CORP 7373 KIRKWOOD COUT, SUITE 200 OSSEO, MN 55369 | | 609.65 | NA | NA | 0.00 |
| | ECOLAB PEST ELIMINATION DIVISION P.O. BOX 6007 GRAND FORKS, ND 58206 | | 403.01 | NA | NA | 0.00 |
| | ED DAWSON 2101 SILVERBOW BLD BUTTE, MT 59701 | | 2,018.35 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMPIRE OFFICE MACHINES 206 WEST GRANITE BUTTE, MT 59701 | | 399.26 | NA | NA | 0.00 |
| | EXPEDIA INC. P.O. BOX 847675 DALLAS, TX 75284 | | 9.62 | NA | NA | 0.00 |
| | GOUGH, SHANAHAN, JOHNSON, & WATERMAN 33 S. LAST CHANCE GULCH HELENA, MT 59601 | | 1,841.05 | NA | NA | 0.00 |
| | IMAGE TECHNOLOGY SYSTMES 1615 DORCHESTER DRIVE SUITE 100 PLANO, TX 75075 | | 285.00 | NA | NA | 0.00 |
| | KONE P.O. BOX 429 MOLINE, IL 61266 | | 1,046.85 | NA | NA | 0.00 |
| | LEADER OUTDOOR ADVERTISING P.O. BOX 267 BELGRADE, MT 59714 | | 1,300.00 | NA | NA | 0.00 |
| | LEVITT GREAT WEST 510 EAST PARK BUTTE, MT 59701 | | 2,385.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MEADOW GOLD DAIRIES, INC P.O. BOX 710966 DENVER, CO 80271 | | 4,772.70 | NA | NA | 0.00 |
| | MICHAEL TUTTY 418 VIRGINA STREET BUTTE, MT 59701 | | 9,000.00 | NA | NA | 0.00 |
| | MONTANA ELECTRIC MOTORS 300 HOLMES AVENUE BUTTE, MT 59701 | | 136.00 | NA | NA | 0.00 |
| | MONTANA STANDARD P.O. BOX 742548 CINCINNATI, OH 45274 | | 1,077.17 | NA | NA | 0.00 |
| | MONTANA TAVERN TIMES P.O. BOX 4307 BUTTE, MT 59701 | | 250.00 | NA | NA | 0.00 |
| | NORTHWESTERN ENERGY 40 E. BROADWAY ST. BUTTE, MT 59701 | | 21,322.53 | NA | NA | 0.00 |
| | ONITY LOCKBOX 223067 PITTSBURGH, PA 15251 | | 435.66 | NA | NA | 0.00 |
| | OTIS ELEVATOR P.O. BOX 73579 CHICAGO, IL 60673 | | 1,237.50 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PLATT 512 BELL STREET EDMONDS, WA 98020 | | 908.87 | NA | NA | 0.00 |
| | SCEPTRE HOSPITALITY 7600 EAST ORCHARD ROAD STE. 230 S ENGLEWOOD, CO 80111 | | 3,472.35 | NA | NA | 0.00 |
| | SHERWIN-WILLIAMS PAINT 1920 HARRISON AVENUE BUTTE, MT 59701 | | 25.09 | NA | NA | 0.00 |
| | SYSCO GUEST SUPPLY P.O. BOX 910 MONMOUTH JUNCTION, NJ 08852 | | 567.55 | NA | NA | 0.00 |
| | SYSCO MONTANA, INC. (EVENTS) P.O. BOX 31198 BILLINGS, MT 59107 | | 21,198.57 | NA | NA | 0.00 |
| | SYSCO MONTANA, INC. P.O. BOX 31198 BILLINGS, MT 59107 | | 4,432.65 | NA | NA | 0.00 |
| | ULTRA-CHEM INC. P.O. BOX 3717 SHAWNEE, KS 66203 | | 224.09 | NA | NA | 0.00 |
| | US TRAVEL P.O. BOX 92310 ANCHORAGE, AK 99509-2310 | | 63.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | V. TAYLOR ENTERPRISES P.O. BOX 4214 BUTTE, MT 59701 | | 12,000.00 | NA | NA | 0.00 |
| | YESCO OUTDOOR MEDIA P.O. BOX 11676 TACOMA, WA 98411 | | 2,100.00 | NA | NA | 0.00 |
| 000011 | CALVIN STEWART | 7100-000 | 575,000.00 | 470,731.68 | 470,731.68 | 24,151.81 |
| 000012 | COLLECTION BUREAU SERVICES | 7100-000 | 300.00 | 2,403.43 | 2,403.43 | 123.32 |
| 000001 | CREDIT SYSTEMS | 7100-000 | 0.00 | 6,915.25 | 6,915.25 | 354.80 |
| 000010 | ED BURNINGHAM | 7100-000 | 36,742.56 | 35,938.32 | 35,938.32 | 1,843.88 |
| 000005B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 3,852.09 | 3,852.09 | 197.64 |
| 000017 | JAIE'S REFRIGERATION & AIR CONDITI | 7100-000 | 3,325.62 | 3,600.00 | 3,600.00 | 184.70 |
| 000009 | JENNIFER SPRITZER | 7100-000 | 10,600.00 | 12,600.00 | 12,600.00 | 646.47 |
| 000014 | JOE A KISSICK/KISSOUCK REALTY, INC | 7100-000 | 600,000.00 | 912,492.88 | 912,492.88 | 0.00 |
| 000013 | KEN BURNINGHAM | 7100-000 | 583,361.00 | 1,854,146.00 | 1,854,146.00 | 95,130.59 |
| 000003 | MONTANA BROOM & BRUSH | 7100-000 | 1,685.94 | 1,706.40 | 1,706.40 | 87.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | MT DEPT OF LABOR AND INDUSTRY UI CO | 7100-000 | NA | 50.00 | 50.00 | 0.00 |
| 000016 | EMPLOYERS PREFERRED INS. CO. | 7200-000 | 1,743.00 | 1,743.00 | 1,743.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,953,624.16 | $ 3,306,179.05 | $ 3,306,179.05 | $ 122,720.76 |

Case No:        15-60468      BPH    Judge: BENJAMIN P. HURSH            Trustee Name:            ROSS RICHARDSON

Case Name:     THE CIMARRON GROUP INC.,                               Date Filed (f) or Converted (c):    05/21/15 (f)

                                                                      341(a) Meeting Date:    06/19/15

For Period Ending:  03/08/17                                          Claims Bar Date:    09/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL PROPERTY LOCATED AT 4655 HARRISON AVENUE, BUT | 2,620,000.00 | 1,945,000.00 | | 1,203,000.00 | FA |
| 2. CHECKING ACCOUNT WITH BANK OF AMERICA XXXXXXXX2907 | 0.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING/SAVINGS ACCOUNTS AT GLACIER BANK ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNTS AT GLACIER BANK | 0.00 | 0.00 | | 0.00 | FA |
| 5. MISC. ANTIQUE REPRODUCTIONS (TABLES, HUTCHES, CABI | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE FROM BRYAN SCOTT/BUTTE HOSPITA | 102,429.62 | 102,429.62 | | 0.00 | FA |
| 7. CONTINGENT CLAIM AGAINST NEIL J. LYNCH D/B/A LIFET | 168,887.37 | 168,887.37 | | 0.00 | FA |
| 8. CONTINGENT CLAIM AGAINST JOE KISSOCK FOR CLOUDING | Unknown | 0.00 | | 0.00 | FA |
| 9. CLAIM AGAINST TIM FOX, SUSAN CALLAGHAN, AND TOM HO | Unknown | 0.00 | | 0.00 | FA |
| 10. LIQUOR LICENSE<br>   THIS ASSET WAS SOLD WITH THE REAL ESTATE. | 36,000.00 | 36,000.00 | | 0.00 | FA |
| 11. 1998 PLYMOUTH VOYAGER (TRANSMISSION IS OUT AND MOT<br>   SOLD WITH REAL ESTATE.  IT IS NOT ACTUALLY WORTH<br>   ANYTHING, SO NO FUNDS WERE ALLOCATED TO THIS ASSET. | 800.00 | 800.00 | | 0.00 | FA |
| 12. FRONT DESK/OFFICE: KYOCERA MITA COPY ...<br>   ... MACHINE 600 7 COMPUTERS 70 2 PRINTERS 20 FAX<br>   MACHINE 10 10 FILING CABINETS 50 3 ALL STEEL FILING<br>   CABINETS 15 9 DESKS/CHAIRS 45 3 PRINTERS 30 LEXMARK<br>   310 PRINTER 10 6 AURORA/SHARP ADDING MACHINE 60 | 910.00 | 910.00 | | 0.00 | FA |
| 13. MAINTENANCE: TABLE SAW 75 HAMMER DRILL 20 ...<br>   ... BENCH GRINDER 10 DRILL PRESS 20 MITER SAW 60 TILE<br>   CUTTER 30 SKIL SAW 40 ORBINTAL SANDER 10 BELT SANDER<br>   10 BELT SANDER 10 SOLDER GUN 5 PAINT SPRAYER 75 WEED<br>   EATER 60 TEXTURE MACH 150 SHOPVAC 40 LAWNMOWER 80<br>   KEY STAMP 30 BENCH VISE 10 DOLLY/HAND TRUCK 105 | 3,845.00 | 3,845.00 | | 0.00 | FA |

Case No: 15-60468    BPH    Judge: BENJAMIN P. HURSH

Case Name: THE CIMARRON GROUP INC.,

Trustee Name: ROSS RICHARDSON

Date Filed (f) or Converted (c): 05/21/15 (f)

341(a) Meeting Date: 06/19/15

Claims Bar Date: 09/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| JIGSAW 10 HOLES-HOOTER DRILL 10 ROUTHER 40 TOOL CHEST 10 3 TOOL KITS 45 3 SAW HORSES/STANDS 30 4 GREASE/CAULK GUNS 20 3 CARD READERS 180 PRINTER 75 KEY BLANKS 120 7 STEP LADDERS  210 ALUMINUM LADDER 75 STEEL LADDER 10 SUMP PUMP SIMER 2300 120 MISC ELECTRICAL PARTS 200 MISC PLUMBING PARTS 500 MISC. CARPENTRY PARTS 200 MISC. HVAC PARTS 200 CURTIS KEY MACHINE 200 155 DOOR LOCKS 750. | | | | | |
| 14. HOUSEKEEPING: 2393 TOWELS  2393 ...<br><br>... 1704 SHEETS/PILLOW CASES  1704 214 BEDS WITH MATTRESS AND BOX SPRING 2140 214 HEADBOARDS 214  4280 224 NIGHTSTANDS 4480 140 CREDENZAS 2800 216 DESK/CHAIRS 4320 286 LAMPS 2860 290 PICTURES 2900 429 MIRRORS 4290 143 IRONS/BOARDS 1430 431 APPLIANCES (COFFEE POTS/CLOCKS) 2155 14 COUCH/RECLINERS 350 3 SLEEPER SOFAS 75 22 REGRIGERATORS 550 20 MICROWAVE OVENS 300 20 VACCUMS 200 10 CARTS 50 MISC. SUNDRY ITEMS 1000 230 TVS 4600. | 42,877.00 | 42,877.00 | | 0.00 | FA |
| 15. CATERING: 393 TABLECLOTHS 393 423 CLOTH NAPKINS...<br><br>... 423 27 TABLE SKIRTS 27 700 WATER GLASSES 350 700 JUICE GLASSES 350 100 PITCHERS 100 50 CARAFES 50 URNS COFFEE POTS 300 MISC. SALT-PEPPER SHAKERS 300 TOASTER 10 612 PLATES 612 12 CARTS 120 HOLIDAY DECORATIONS 500 700 PLATES 700 AV EQUIPMENT (AMP, WIRELESS MIC, RECEIVER, BASE & MIC, RECEIVER) 5000 PROJECTION SCREENS 50 33 CORDS/SURGE PROTECTORS 66 32 8 TOP TABLES 1280 2 10 TOP TABLES 100 88 8' TABLES 5280 30 TABLES VARIOUS SIZES 30 500 CHAIRS 7500 17 RISERS 850. | 24,091.00 | 24,091.00 | | 0.00 | FA |

Case No: 15-60468 BPH Judge: BENJAMIN P. HURSH

Case Name: THE CIMARRON GROUP INC.,

Trustee Name: ROSS RICHARDSON

Date Filed (f) or Converted (c): 05/21/15 (f)

341(a) Meeting Date: 06/19/15

Claims Bar Date: 09/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. KITCHEN: 2 CONVENTION OVENS 2000... ... 2 SOUTH BEND CONVECTION OVENS 1200 4 SOUTH BEND CONVENTION OVENS 6000 VULCNA COMBI OVEN 6000 5 4/2 BURNER UNITS 2000 BROILER 250 STEAM TABLE 175 BREAD WARMER 120 2 COOLER UNITS 200 4 HEAT LAMPS 160 4 SLICE TOASTER 10 CHEST FREEZER 20 231 UTENSILS 116 200 POTS/PANS 200 MIXER/BOWLS 40 CHOPPER 10 SLICER 75 2 DEEP FRYERS 1400 WALKIN FREEZER 2000 REFRIGERATOR 3000 500 DINNER PLATES 500 500 SAUCERS 250 500 BOWLS 250 22 CANDLE HOLDERS 44 88 SALT/PEPPER 8 86 SUGAR HOLDERS 9 28 PITCHERS 14 63 CARAFE/URNS 63 442 WATER GLASSES 5 132 CRYSTAL DISHES 264 761 JUICE GLASSES 761 447 COFFEE CUPS 224 26 WINE GLASSES 13 2,910 PIECES OF FLATWARE (FORK/KNIFE/SPOONS) 291 2 TRAYS 2 49 VASES 98 24 TEA POTS 48 2 PLATE WARMERS 2 GRILL 60 FOUNTAIN 40. | 10,722.00 | 10,722.00 | | 0.00 | FA |
| 17. INDOOR CATERING: 600 TABLES/CHAIRS 15,000... ... 300 CHAIRS 600 75 TABLES 150 LOUNGE: 11 BAR STOOLS 440 2 RISER BANQUET STOOLS 40 45 WINE GLASSES 45 12 12 OZ GLASSES 6 85 7 OZ GLASSES 43 46 SHOT GLASSES 12 ROCK GLASSES 6 83 CHIMNEY GLASSES 41 2 MARTINI GLASSES 1 32 16 OZ BEER GLASSES 16 BIG SCREEN TV 200 9 19/21" TV'S 180 CASH REGISTER 100 DISHWASHER250 18 HISTORICAL PICTURES 1800 KEG COOLER 40 SOUNDS SYSTEM 200 8 PICNIC TABLES 400 10 BENCHS 300 PHONE SYSTEM 2000 SECURITY SYSTEM 15,000 7 ROUND PLASTIC TABLES 140 28 CHAIRS 140. | 37,178.00 | 37,178.00 | | 0.00 | FA |
| 18. LOBBY: COUCH/CHAIR 500 END TABLE 50 ... ... COFFEE TABLE 50 OFFICES: 9 DESKS 450 27 CHAIRS 270. | 1,320.00 | 1,320.00 | | 0.00 | FA |

Case No:    15-60468    BPH   Judge: BENJAMIN P. HURSH

Case Name:    THE CIMARRON GROUP INC.,

Trustee Name:    ROSS RICHARDSON
Date Filed (f) or Converted (c):    05/21/15 (f)
341(a) Meeting Date:    06/19/15
Claims Bar Date:    09/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 19. WATER SLIDE 20,000 ...<br>... 6 PARTITION SOUND WALLS FOR THE CONVENTION CENTER 60,000 3 FLAG POLES 12,000. | 92,000.00 | 92,000.00 | | 0.00 | FA |
| 20. ESCROW ACCT RE: ALLEGRA PARTNERSHIP (u)<br>7/19/15 - TRUSTEE FILED A MOT FOR APPROVAL OF COMPROMISE RE: FUNDS HELD IN AN ESCROW ACCT AT SUMMIT VALLEY TITLE.  AT THE TIME OF THE SALE OF THE REAL ESTATE, $20,000 WAS SET ASIDE (IN ESCROW) FOR REPAIRMENTS THAT ALLEGRA WAS SUPPOSED TO MAKE. ALLEGRA ALLEGED IT MADE THE REPAIRS, THE DEBTOR ALLEGES THE REPAIRS WERE NOT MADE.  TRUSTEE FILED A MOTION TO APPROVE COMPROMISE SO THE FUNDS ARE SPLIT $10,000 EACH.  OTHERWISE, OUTCOME OF LITIGATION IS UNKNOWN & COSTS & ATTY FEES RISE.  COMPROMISE WAS APPROVE BY THE BKY COURT. | Unknown | 10,000.00 | | 10,000.00 | FA |
| 21. CONTINGENT CLAIM AGAINST BUTTE SILVER BOW ... (u)<br>... FOR DENIAL OF DUE PROCESS IN A ZONING CHANGE APPLICATION. AMENDED 10/8/15. | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $3,156,059.99    $2,491,059.99    $1,213,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/19/15 -SUBMITTED INITIAL REPORT. BAR DATE IS 9/17/15.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:        15-60468      BPH    Judge: BENJAMIN P. HURSH

Case Name:      THE CIMARRON GROUP INC.,

Trustee Name:          ROSS RICHARDSON

Date Filed (f) or Converted (c):   05/21/15 (f)

341(a) Meeting Date:        06/19/15

Claims Bar Date:        09/17/15

MAJOR ACTIVITIES AFFECTING CASE CLOSING:

6/19/15 - FILED APP TO HIRE TRUSTEE AS ATTY.

7/9/15 - FILED MOT APPROVE COMPROMISE WITH ALLEGRA RE: $20,000 IN ESCROW. PROPOSE TO EACH GET HALF.

9/8/15 - DRAFT & CUT CHECK FOR LICENSE RENEWAL TO MDOR.

9/16/15 - BUY/SELL AGREEMENT SIGNED.  MOTION TO SELL PROPERTY FREE & CLEAR OF LIENS DRAFTED.

9/17/15 - FILED MOTION TO SELL PROPERTY FREE & CLEAR OF LIENS.

9/23/15 - FILED OBJECTION TO FIRST CITIZEN'S BANK MOTION TO MODIFY STAY. HEARING SET FOR OCT. 6, 2015.

10/8/15 - DEBTOR AMENDED SCHEDULES TO ADD CLAIM AGAINST BSB.

10/14/15 - FILED MOTION TO VACATE SALE ORDER.

10/14/15 - DRAFT APP TO HIRE MCLEOD REALTORS & AFFIDAVIT.

10/27/15 - DRAFT NEW MOTION TO SELL PROPERTY TO NISTLER PROPERTIES & LEIPHEIMER INVESTMENTS FOR $1.303M.

12/2/15 - DRAFT AMENDED MOTON TO SELL PROPETY FREE & CLEAR OF LIENS.  BUYERS RAN INTO MORE ISSUES THAT WERE UNKNOWN & WANT PURCHASE PRICE REDUCED BY $100,000.

12/4/15 - FILED AMENDED MOTION TO SELL PROPERTY AND MOTION FOR EXPEDITED NOTICE TIME.

12/21/15 - E-MAILED CARRIE AT TITLE COMPANY A DRAFT OF TRUSTEE'S DEED & ADVISED THAT WE HAVE A CERTIFIED COPY OF ORDER APPROVING SALE.

1/5/16 - FILED STIPULATION BETWEEN TRUSTEE & JAIE'S REFRIGERATION.

3/16/16 - FILED REPORT OF SALE.

5/19/16 - FILE APP TO PAY ACCOUNTANT.

6/14/16 - FILED APP FOR PROF FEES.

7/12/16 - TFR DONE.

10/7/16 - CHECKS CUT.

Initial Projected Date of Final Report (TFR): 02/15/17        Current Projected Date of Final Report (TFR): 02/15/17

| | | |
|---|---|---|
| Case No: | 15-60468    BPH   Judge: BENJAMIN P. HURSH | Trustee Name: ROSS RICHARDSON |
| Case Name: | THE CIMARRON GROUP INC., | Date Filed (f) or Converted (c): 05/21/15 (f) |
| | | 341(a) Meeting Date: 06/19/15 |
| | | Claims Bar Date: 09/17/15 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-60468 -BPH
Case Name: THE CIMARRON GROUP INC.,

Trustee Name: ROSS RICHARDSON
Bank Name: Associated Bank
Account Number / CD #: *******4265 Checking Account

Taxpayer ID No: *******4387
For Period Ending: 03/08/17

Blanket Bond (per case limit): $ 65,574,033.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/15 | 20 | SUMMIT VALLEY TITLE CO cK #10822 | ESCROW ACCT ALLEGRA PARTNERSHIP | 1249-000 | 10,000.00 | | 10,000.00 |
| 09/08/15 | 010001 | MONTANA DEPT OF REVENUE LIQUOR CONTROL DIVISION PO BOX 1712 HELENA, MT 59624-1712 | LICENSE RENEWAL | 2420-000 | | 850.00 | 9,150.00 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,140.00 |
| 09/17/15 | 010002 | U.S. BANKRUPTCY COURT MIKE MANSFIELD FEDERAL BLDG 400 N. MAIN, ROOM 303 BUTTE, MT 59701 | DKT 25, MOT SELL PROP FREE & CLEAR | 2700-000 | | 176.00 | 8,964.00 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.70 | 8,950.30 |
| 10/27/15 | 010003 | U.S. BANKRUPTCY COURT MIKE MANSFIELD FEDERAL BLDG 400 N. MAIN, ROOM 303 BUTTE, MT 59701 | DKT 41, MOT SELL PROP FREE & CLEAR | 2700-000 | | 176.00 | 8,774.30 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.31 | 8,760.99 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.61 | 8,748.38 |
| 12/17/15 | 010004 | U.S. BANKRUPTCY COURT MIKE MANSFIELD FEDERAL BLDG 400 N. MAIN, ROOM 303 BUTTE, MT 59701 | CERT ORD APPR SALE DKT 59 | 2990-000 | | 11.00 | 8,737.38 |
| 01/04/16 | | SUMMIT VALLEY TITLE COMPANY CK #11305 | SALE OF HOTEL 4655 HARRISON AVE | | 196,781.10 | | 205,518.48 |
| | 1 | SUMMIT VALLEY TITLE CO | Memo Amount: 1,203,000.00 SALE OF HOTEL 4655 HARRISON AVE, | 1110-000 | | | |
| | | MCLEOD REALTORS | Memo Amount: ( 60,150.00 ) REALTOR COMMISSION | 3510-000 | | | |
| | | SUMMIT VALLEY TITLE CO | Memo Amount: ( 344.00 ) SUMMIT VALLEY TITLE CO | 2500-000 | | | |

Page Subtotals 206,781.10 1,262.62

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

Ver: 19.07

Case No:     15-60468 -BPH

Case Name:    THE CIMARRON GROUP INC.,

Taxpayer ID No:  *******4387

For Period Ending: 03/08/17

Trustee Name:    ROSS RICHARDSON

Bank Name:    Associated Bank

Account Number / CD #:  *******4265  Checking Account

Blanket Bond (per case limit):  $ 65,574,033.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUMMIT VALLEY TITLE CO | Memo Amount:    (    2,812.00 ) TITLE CLOSING FEE | 2500-000 | | | |
| | | BUTTE SILVER BOW COUNTY TREASURER | Memo Amount:    94,393.54 ) DELINQUENT TAXES | 4700-000 | | | |
| | | BUTTE SILVER BOW TREASURER | Memo Amount:    (    11,467.55 ) COUNTY TAXES | 2820-000 | | | |
| | | FIRST CITIZEN'S BANK | Memo Amount:    (    725,443.92 ) PAYOFF OF MORTGAGE | 4110-000 | | | |
| | | MT DEPT OF REVENUE | Memo Amount:    (    47,613.02 ) LODGING FACILITY TAX | 4800-000 | | | |
| | | MT DEPT OF REVENUE | Memo Amount:    (    1,125.72 ) WITHHOLDING TAX | 4800-000 | | | |
| | | MT DEPT OF REVENUE | Memo Amount:    35,674.49 ) LODGING SALES TAX | 4800-000 | | | |
| | | MT DEPT OF REVENUE | Memo Amount:    (    27,095.52 ) CERTIFICATE OF LIEN | 4800-000 | | | |
| | | BSB WATER UTILITY | Memo Amount:    (    99.14 ) WATER BILL | 2420-000 | | | |
| 01/05/16 | | STATE OF MT 0024351956 | LICENSE RENEWAL | 2420-002 | | -50.00 | 205,568.48 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.00 | 205,555.48 |
| 01/22/16 | 010005 | MOTOR VEHICLE DIVISION 1003 BUCKSKIN DR DEER LODGE, MT 59722 | FEE FOR DUPLICATE TITLE | 2420-000 | | 10.00 | 205,545.48 |
| 01/28/16 | 010006 | Poore, Roth & Robinson, P.C. Attn: J. Richard Orizotti, Esq. 1341 Harrison Avenue Butte, MT  59701 | FIRST CITIZENS BANK SECURED CLAIM FEE $18,017 COSTS $452.80 | 4110-000 | | 18,469.80 | 187,075.68 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 258.34 | 186,817.34 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 262.46 | 186,554.88 |

Page Subtotals    0.00    18,963.60

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-60468 -BPH
Case Name: THE CIMARRON GROUP INC.,

Trustee Name: ROSS RICHARDSON
Bank Name: Associated Bank
Account Number / CD #: *******4265 Checking Account

Taxpayer ID No: *******4387
For Period Ending: 03/08/17

Blanket Bond (per case limit): $ 65,574,033.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 277.35 | 186,277.53 |
| 05/06/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 268.01 | 186,009.52 |
| 06/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 276.53 | 185,732.99 |
| 06/27/16 | 010007 | PATRICK J. BURT NEWLAND & CO. P.O. BOX 3006 BUTTE, MT 59702 | ACCOUNTANT FEES & EXPENSES | | | 1,530.00 | 184,202.99 |
| | | | Fees 1,435.50 | 3410-000 | | | |
| | | | Expenses 94.50 | 3420-000 | | | |
| 07/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 267.23 | 183,935.76 |
| 10/07/16 | 010008 | ROSS RICHARDSON P.O. BOX 399 116 W. GRANITE BUTTE, MT  59703 | Chapter 7 Compensation/Fees | 2100-000 | | 59,640.00 | 124,295.76 |
| 10/07/16 | 010009 | ROSS RICHARDSON P.O. BOX 399 116 W. GRANITE BUTTE, MT  59703 | Chapter 7 Expenses | 2200-000 | | 200.00 | 124,095.76 |
| 10/07/16 | 010010 | ROSS RICHARDSON 116 W. Granite St. P.O. Box 399 Butte, MT 59703 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,275.00 | 122,820.76 |
| * 10/07/16 | 010011 | MT Dept of Labor and Industry UI Cont Bureau PO Box 6339 Helena, MT 59601 | Claim 000002A, Payment 100.00000% | 5800-003 | | 27,045.52 | 95,775.24 |
| 10/07/16 | 010012 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101-7346 | Claim 000005A, Payment 100.00000% | 5800-000 | | 100.00 | 95,675.24 |

Page Subtotals     0.00     90,879.64

Ver: 19.07

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:            15-60468  -BPH
Case Name:    THE CIMARRON GROUP INC.,

Taxpayer ID No:    *******4387
For Period Ending: 03/08/17

Trustee Name:        ROSS RICHARDSON
Bank Name:            Associated Bank
Account Number / CD #:    *******4265  Checking Account

Blanket Bond (per case limit):    $ 65,574,033.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/16 | 010013 | CREDIT SYSTEMS PO BOX 875 HELENA MT 59624 | Claim 000001, Payment 3.99986% | 7100-000 | | 276.60 | 95,398.64 |
| * 10/07/16 | 010014 | MT Dept of Labor and Industry UI Cont Bureau PO Box 6339 Helena, MT 59601 | Claim 000002B, Payment 4.00000% | 7100-003 | | 2.00 | 95,396.64 |
| 10/07/16 | 010015 | MONTANA BROOM & BRUSH P.O. BOX 3840 BUTTE MT 59701 | Claim 000003, Payment 3.99965% | 7100-000 | | 68.25 | 95,328.39 |
| 10/07/16 | 010016 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101-7346 | Claim 000005B, Payment 3.99991% | 7100-000 | | 154.08 | 95,174.31 |
| 10/07/16 | 010017 | JENNIFER SPRITZER 1410 5TH STREET BUTTE MT 59701 | Claim 000009, Payment 3.99992% | 7100-000 | | 503.99 | 94,670.32 |
| 10/07/16 | 010018 | ED BURNINGHAM P.O. BOX 399 FREELAND WA 98249 | Claim 000010, Payment 3.99991% | 7100-000 | | 1,437.50 | 93,232.82 |
| 10/07/16 | 010019 | CALVIN STEWART 340 W. 32ND YUMA AZ 85364 | Claim 000011, Payment 3.99990% | 7100-000 | | 18,828.78 | 74,404.04 |
| 10/07/16 | 010020 | COLLECTION BUREAU SERVICES PO BOX 7339 MISSOULA MT 59807 | Claim 000012, Payment 3.99970% | 7100-000 | | 96.13 | 74,307.91 |
| 10/07/16 | 010021 | KEN BURNINGHAM DBA MERCER ISLAND VENTURE GROUP 17411 NE 45TH ST. #166 REDMOND WA 98052 | Claim 000013, Payment 3.99990% | 7100-000 | | 74,163.91 | 144.00 |
| 10/07/16 | 010022 | JAIE'S REFRIGERATION & AIR CONDITIONING | Claim 000017, Payment 4.00000% | 7100-000 | | 144.00 | 0.00 |

Page Subtotals          0.00          95,675.24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-60468 -BPH |
| Case Name: | THE CIMARRON GROUP INC., |
| Taxpayer ID No: | *******4387 |
| For Period Ending: | 03/08/17 |

| | |
|---|---|
| Trustee Name: | ROSS RICHARDSON |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******4265  Checking Account |
| Blanket Bond (per case limit): | $ 65,574,033.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | LLC<br>PO BOX 4476<br>BUTTE, MT 59702 | | | | | |
| * | 11/29/16 | 010011 | MT Dept of Labor and Industry UI Cont Bureau<br>PO Box 6339<br>Helena, MT 59601 | Claim 000002A, Payment 100.00000%<br>11/29/16 - REC'D ORIGINAL CHECK BACK FROM MT DEPT LABOR & INDUSTRY INDICATING IT HAD BEEN PAID. | 5800-003 | | -27,045.52 | 27,045.52 |
| * | 11/29/16 | 010014 | MT Dept of Labor and Industry UI Cont Bureau<br>PO Box 6339<br>Helena, MT 59601 | Claim 000002B, Payment 4.00000%<br>11/29/16 - REC'D ORIGINAL CHECK BACK FROM MT DEPT LABOR & INDUSTRY INDICATING IT HAD BEEN PAID. | 7100-003 | | -2.00 | 27,047.52 |
| | 12/06/16 | 010023 | CREDIT SYSTEMS<br>PO BOX 875<br>HELENA MT 59624 | Claim 000001, Payment 1.13083% | 7100-000 | | 78.20 | 26,969.32 |
| | 12/06/16 | 010024 | MONTANA BROOM & BRUSH<br>P.O. BOX 3840<br>BUTTE MT 59701 | Claim 000003, Payment 1.13104% | 7100-000 | | 19.30 | 26,950.02 |
| | 12/06/16 | 010025 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Claim 000005B, Payment 1.13081% | 7100-000 | | 43.56 | 26,906.46 |
| | 12/06/16 | 010026 | JENNIFER SPRITZER<br>1410 5TH STREET<br>BUTTE MT 59701 | Claim 000009, Payment 1.13079% | 7100-000 | | 142.48 | 26,763.98 |
| | 12/06/16 | 010027 | ED BURNINGHAM<br>P.O. BOX 399<br>FREELAND WA 98249 | Claim 000010, Payment 1.13077% | 7100-000 | | 406.38 | 26,357.60 |
| | 12/06/16 | 010028 | CALVIN STEWART<br>340 W. 32ND<br>YUMA AZ 85364 | Claim 000011, Payment 1.13080% | 7100-000 | | 5,323.03 | 21,034.57 |
| | 12/06/16 | 010029 | COLLECTION BUREAU SERVICES | Claim 000012, Payment 1.13130% | 7100-000 | | 27.19 | 21,007.38 |
| | | | | Page Subtotals | | 0.00 | -21,007.38 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 15-60468 -BPH |
| Case Name: | THE CIMARRON GROUP INC., |
| Taxpayer ID No: | *******4387 |
| For Period Ending: | 03/08/17 |

| | |
|---|---|
| Trustee Name: | ROSS RICHARDSON |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******4265  Checking Account |
| Blanket Bond (per case limit): | $ 65,574,033.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/16 | 010030 | PO BOX 7339<br>MISSOULA MT 59807<br>KEN BURNINGHAM<br>DBA MERCER ISLAND VENTURE GROUP<br>17411 NE 45TH ST. #166<br>REDMOND WA 98052 | Claim 000013, Payment 1.13080% | 7100-000 | | 20,966.68 | 40.70 |
| 12/06/16 | 010031 | JAIE'S REFRIGERATION & AIR CONDITIONING LLC<br>PO BOX 4476<br>BUTTE, MT 59702 | Claim 000017, Payment 1.13056% | 7100-000 | | 40.70 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 1,203,000.00 | COLUMN TOTALS | 206,781.10 | 206,781.10 | 0.00 |
| Memo Allocation Disbursements: | 1,006,218.90 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 206,781.10 | 206,781.10 | |
| Memo Allocation Net: | 196,781.10 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 206,781.10 | 206,781.10 | |

| | | | | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,203,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | | |
| Total Allocation Disbursements: | 1,006,218.90 | Checking Account - *******4265 | 206,781.10 | 206,781.10 | 0.00 |
| Total Memo Allocation Net: | 196,781.10 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 206,781.10 | 206,781.10 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 21,007.38 |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

Ver: 19.07